UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

APL MICROSCOPIC, LLC,

    Plaintiff,

v.

CORPORATE AMERICAN SOLUTIONS,
LLC and CARIOLA GROUP LLC,

    Defendant.

## **VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff APL MICROSCOPIC, LLC by and through undersigned counsel, brings this Verified Complaint against Defendants CORPORATE AMERICAN SOLUTIONS, LLC and CARIOLA GROUP LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff APL MICROSCOPIC, LLC ("APL"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute APL's original copyrighted works of authorship.

2. APL's principal is Andrew Paul Leonard. Leonard is a highly skilled and experienced creator of microscopic photography. Using a scientist's tool and "eye" to capture the splendor of a miniscule world beyond the normal range of human vision, Leonard has documented cells and cellular bodies with high contrast experimental imagery and special optical

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

effects to illustrate an infinitesimally small stage where color and light come together to create a commercial product unlike any available in the commercial photography market today.

3. Leonard's images, which are assigned to APL, are highly desirable, particularly in the medical, pharmaceutical, and biological research industries. APL licenses its copyrighted works, such as the one in this case, to educational publishers, health care companies, and other medical institutions and businesses for use in connection with the study of biology and related fields. Leonard's images are often licensed by APL for use in pharmaceutical advertising.

4. APL's images are in high demand. Leonard's micrography of a bone marrow stem cell was featured on the cover of Time magazine's August 7, 2006 issue. Also that year, Leonard's image of a human embryonic stem cell was featured in Time Magazine as one of "Best Photos" of 2006.

5. APL's images are unique and scarce. Leonard is one of only a very few photographers who are capable of producing quality images of cells. Few if any photographers besides Leonard have successfully captured a quality image of a bone marrow stem cell.

6. Andrew Paul Leonard's livelihood depends, in part, on the ability to control the licensing of his works.

7. Defendants CORPORATE AMERICAN SOLUTIONS, LLC ("COS") and CARIOLA GROUP LLC ("Cariola") developed natural products, such as "Bioxtron", using their own laboratories.

8. Bioxtron claims to be a natural product that supports and maintains steam cell health.

9. Defendants sell Bioxtron all over the United States using internet marketing, especially in marketplaces such as Amazon and Ebay. Defendants also sell Bioxtron in grocery stores such as Walmart.

10. APL alleges that the Defendants copied APL's copyrighted work from the internet in order to advertise, market, and promote its business activities.  The Defendants committed the violations alleged in connection with Defendants' businesses for purposes of advertising and promoting sales to the public in the course and scope of the Defendant's business.

### JURISDICTION AND VENUE

11. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

12. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

13. Defendants are subject to personal jurisdiction in Florida.

14. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because Defendants resides in this district, and Defendants are subject to personal jurisdiction in this district.

### DEFENDANTS

15. Corporate American Solutions, LLC is a Florida corporation with its principal place of business at 7255 NW Corporate Center Dr., Bay E, Miami, Florida 33126, and can be served by serving its Registered Agent, Mariano J Cariola, at 7255 NW Corporate Center Dr., Suite E, Miami, Florida 33126.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

16. Cariola Group LLC is a Florida corporation with its principal place of business at 7255 Corporate Center Dr., Suite E, Miami, Florida 33126, and can be served by serving its Registered Agent, Mariano J Cariola, at 7255 NW 19 Street, Suite E, Miami, Florida 33126.

### THE COPYRIGHTED WORK AT ISSUE

17. APL created a photograph which is shown below and referred to herein as the "Work".



18. APL registered the Work with the Register of Copyrights on December 20, 2007 and was assigned the registration number VA 1-426-177. The Certificate of Registration is attached hereto as Exhibit 1.

19. At all relevant times APL was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY DEFENDANTS

20. The Defendants has never been licensed to use the Work at issue in this action for any purpose.

21. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

22. Defendants copied APL's copyrighted Work without APL's permission.

23. After Defendants copied the Work, they made further copies and distributed the Work on television to promote the sale of Bioxtron.

24. Defendants copied and distributed APL's copyrighted Work in connection with Defendants' businesses for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling Bioxtron.

25. APL's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

26. Defendants committed copyright infringement of the Work by of using the Work for an infomercial created for the purposes of advertising Bioxtron. Defendants broadcasted that infomercial in New York City on or about March 21, 2015 through the "Estrella TV" broadcast television network.

27. APL never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

28. Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT

29. Plaintiff incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30. APL owns a valid copyright in the Work at issue in this case.

31.     APL registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32.     Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without APL's authorization in violation of 17 U.S.C. § 501.

33.     Defendants performed the acts alleged in the course and scope of its business activities.

34.     APL has been damaged.

35.     The harm caused to APL has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants COS and Cariola that:

a.      Defendants and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.      Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.      Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

## VERIFICATION OF ANDREW PAUL LEONARD

I, Andrew Paul Leonard, declare and say:

1. I am the President of APL Microscopic, Inc.

2. I declare under penalty of perjury that the foregoing Verified Complaint is true and correct.

DATED: August 31, 2017

                                              *Andrew P. Leonard*
                                              Andrew Paul Leonard

DATED:  August 16, 2017               Respectfully submitted,


                                      */s/ Joel B. Rothman*
                                      JOEL B. ROTHMAN
                                      Florida Bar Number:  98220
                                      joel.rothman@sriplaw.com

                                      **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
                                      4651 North Federal Highway
                                      Boca Raton, FL  33431
                                      561.404.4350 – Telephone
                                      561.404.4353 – Facsimile

                                      *Attorneys for Plaintiff APL Microscopic, Llc*